**People of the State of Illinois, Plaintiff-Appellee, v. Eddie Johnson, Defendant-Appellant.**

Gen No. 51,204. 

First District, Second Division.

March 1, 1967.

Ronald M. Dietrich, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Ronald Sandler, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.